```
  ✓ FILED      ___ LODGED
  ___ RECEIVED ___ COPY

        NOV 2 2 2016

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Bryan Christopher Sullivan,<br><br>          Defendant. | CR-16-01406-PHX-DGC(BSB)<br><br>**INDICTMENT**<br><br>VIO:  21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Controlled Substances)<br>(Count 1)<br><br>18 U.S.C. § 1956(h)<br>(Money Laundering Conspiracy)<br>(Count 2)<br><br>18 U.S.C. § 981<br>21 U.S.C. § 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

## COUNT 1

From at least in or about January 2011, and continuing to in or about December 2014, in the District of Arizona and elsewhere, defendant BRYAN CHRISTOPHER SULLIVAN, did knowingly combine, conspire, confederate and agree together and with others known and unknown to the grand jury, to possess with intent to distribute 1,000 kilograms or more of a mixture and substance containing a detectible amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

From at least in or about January 2011, and continuing to in or about December, 2014, in the District of Arizona and elsewhere, defendant BRYAN CHRISTOPHER SULLIVAN, and others known and unknown to the grand jury did knowingly and intentionally combine, conspire, confederate and agree to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activities, that is, conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Section 846, with the intent to promote the carrying on of said specified unlawful activities, and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activities, and to avoid transaction reporting requirements, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A), and 1956(a)(1)(B)(i) and (ii).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including but not limited to: A sum of money equal to at least $4,650,000 in

United States currency, representing the amount of money involved in the offense(s).

If any of the forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date:  November 22, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

S/
KAREN S. MCDONALD
Assistant U.S. Attorney